

# In the Missouri Court of Appeals
# Eastern District

JANUARY 20, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED100258    STATE OF MISSOURI, RES V CERAL L. ROBINSON, APP

2. ED101014 TODD E. MARBLES, APP V STATE OF MISSOURI, RES

3. ED101186 STATE OF MISSOURI, RES V RICHARD T. HUBBARD, APP